```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35603
    LATILAH JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-9666

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/06/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.94% from remaining funds.

     The case was paid in full 11/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
ADVOCATE SOUTH SUBURB HO  UNSECURED        NOT FILED         .00          .00
ICS COLLECTION SERVICE    NOTICE ONLY      NOT FILED         .00          .00
BLUE CROSS/BLUS SHIELD    UNSECURED        NOT FILED         .00          .00
CLERK OF CIRCUIT COURT    UNSECURED        NOT FILED         .00          .00
VILLAGE OF TINLEY PARK    NOTICE ONLY      NOT FILED         .00          .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00          .00
DRIVE FINANCIAL SERVICES  UNSECURED        NOT FILED         .00          .00
TRACE AMBULANCE SERVICE   UNSECURED        NOT FILED         .00          .00
VILLAGE OF HAZEL CREST    UNSECURED        NOT FILED         .00          .00
MUNICIPAL COLLECTION SER  NOTICE ONLY      NOT FILED         .00          .00
VILLAGE OF HOMEWOOD       UNSECURED        NOT FILED         .00          .00
VILLAGE OF OLYMPIA FIELD  UNSECURED          900.00          .00       872.42
MUNICIPAL COLLECTION SER  NOTICE ONLY      NOT FILED         .00          .00
VILLAGE OF POSEN FIRE DE  UNSECURED        NOT FILED         .00          .00
VILLAGE OF TINLEY PARK    UNSECURED        NOT FILED         .00          .00
DRIVE FINANCIAL SERVICES  SECURED NOT I    8343.59           .00          .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT     144.00           .00       144.00
CONSTITUTIONAL CASUALTY   FILED LATE       4028.23           .00          .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,344.00                    2,344.00
TOM VAUGHN                TRUSTEE                                      239.58
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,600.00

PRIORITY                                144.00
SECURED                                    .00
UNSECURED                               872.42
ADMINISTRATIVE                        2,344.00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 35603 LATILAH JOHNSON
```

```
TRUSTEE COMPENSATION                                          239.58
DEBTOR REFUND                                                    .00
                                     ----------------   ----------------
TOTALS                                      3,600.00          3,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                            PAGE   2
          CASE NO. 05 B 35603 LATILAH JOHNSON